IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Green, Bruce Martin | Case Number: 04 B 34475 |
| | Judge: Hollis, Pamela S |
| Printed: 12/13/07 | Filed: 9/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: October 22, 2007
Confirmed: February 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 45,788.00 | |
| Secured: | | 41,245.71 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 2,342.29 |
| Other Funds: | | 0.00 |
| Totals: | 45,788.00 | 45,788.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 34,177.68 | 30,030.05 |
| 4. | Select Portfolio Servicing | Secured | 10,966.33 | 5,361.56 |
| 5. | Wells Fargo Fin Acceptance | Secured | 12,619.87 | 5,854.10 |
| 6. | Nicor Gas | Unsecured | 123.78 | 0.00 |
| 7. | T Mobile | Unsecured | 134.74 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 427.44 | 0.00 |
| 9. | Credit Systems Inc | Unsecured | | No Claim Filed |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | Suburban Heights Medical Cente | Unsecured | | No Claim Filed |
| 12. | St James Hospital | Unsecured | | No Claim Filed |
| | | | $ 60,649.84 | $ 43,445.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 470.79 |
| 4% | 181.80 |
| 3% | 136.35 |
| 5.5% | 749.92 |
| 5% | 151.51 |
| 4.8% | 309.84 |
| 5.4% | 342.08 |
| | $ 2,342.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Green, Bruce Martin | Case Number:  04 B 34475 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/13/07 | Filed:  9/16/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

